Steven D. Jensen, WSBA No. 26495
D. Michael Reilly, WSBA No. 14674
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Honorable LONNY R. SUKO

Attorneys for Defendants Life Insurance Company of North America; CIGNA Group Insurance

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

ROGER LENK,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation; CIGNA GROUP INSURANCE, a foreign corporation,

    Defendants.

No. CV-10-5018-LRS

**ORDER OF DISMISSAL**

## ORDER

COME NOW the plaintiff Roger Lenk and defendants Life Insurance Company of North America ("LINA") and CIGNA Group Insurance ("CIGNA") (collectively, the "Parties"), and having stipulated for dismissal of any and all claims or causes of action by plaintiff with prejudice and without an award of costs or fees, and the Court being fully advised in the premises; NOW THEREFORE,

///

///

ORDER OF DISMISSAL - 1
No. 10-5018 LRS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

120192.0067/5047382.1

**IT IS ORDERED** that the parties' stipulated motion to dismiss, Ct. Rec. 35, is **GRANTED**, and any and all claims or causes of action by plaintiff are hereby dismissed with prejudice and without an award of costs or fees.

DATED this 27th day of April, 2011.

*s/Lonny R. Suko*
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By s/ Steven D. Jensen
  Steven D. Jensen, WSBA No. 26495
  D. Michael Reilly, WSBA No. 14674
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
T: 206-223-7000
F: 206-223-7017
Email: jensens@lanepowell.com
Attorneys for Defendants
Life Insurance Company of North America;
 CIGNA Group Insurance

KRAFCHICK LAW FIRM

[Per Email Approval]

By s/ Steven P. Krafchick
   Steven P. Krafchick, WSBA No. 13542
Krafchick Law Firm
100 West Harrison, Ste. 300
Seattle, WA 98119
T: 206-374-7370
F: 206-374-7377
Email: steve@krafchick.com
Email: klf@krafchick.com
Attorney for Plaintiff

ORDER OF DISMISSAL - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

120192.0067/5047382.1